AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**JESSICA BOWIE**

**Defendant**

Case No. 1:26-mj-00189 DJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 16, 2026 through about August 19, 2026 in the county of Albany in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 2339B(a)(1) | Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organizations |

This criminal complaint is based on these facts:
Click here to enter text.

☒ Continued on the attached sheet.

[signature]
*Complainant's signature*

FBI Special Agent Joshua Parker
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Aug 20, 2026

[signature]
*Judge's signature*

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Joshua Parker, being duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent employed by the United States Department of Justice (DOJ), Federal Bureau of Investigation (FBI), and as such I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18 of the United States Code. I have been a Special Agent with the FBI since June of 2016. Prior to becoming a Special Agent, I worked for eight years as an investigative specialist with the FBI, supporting counterterrorism, counterintelligence, and criminal investigations. I am currently assigned to a counterterrorism squad at the FBI's Albany Field Office. While at the FBI Albany Field Office, I am responsible for conducting investigations of potential violations of terrorism related offenses. I have participated in a variety of terrorism investigations and been involved in conducting physical and digital searches. I have gained experience through conducting terrorism investigations; attending formal and informal training; and consulting with other members of the U.S. federal law enforcement community. Since I have been assigned to the JTTF, I have been principally involved in counterterrorism investigations, including international terrorism investigations of individuals located inside and outside the United States who were affiliated with and/or inspired by designated Foreign Terrorist Organizations ("FTOs"). Through my training and experience I have become knowledgeable in how these FTOs communicate, plan, and execute operations in furtherance of their agenda. In particular, I have experience with investigations and legal processes involving matters of national security. I am familiar with the execution of search warrants to locate and seize evidence of criminal violations, including the acquisition and review of electronic data.

2. During my tenure with the FBI, I have participated in numerous investigations during which I have conducted arrests, conducted surveillance, executed search warrants, reviewed FTO propaganda, and reviewed recorded electronic communications in connection to international terrorism. Additionally, I have extensive experience in investigations relating to individuals with expressed ideologies that motivate acts of violence. I have had many informal exchanges with members of the FBI along with other law enforcement officers regarding terrorism investigations. Through my training and experience, I have become knowledgeable in some of the tactics, techniques, and procedures used by individuals influencing others and planning violent attacks against the United States and other citizens—including the means by which these individuals communicate, plan, and execute operations.

3. This affidavit is founded on my personal knowledge based on my participation in this investigation, including the review of reports by myself and/or other law enforcement agents, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts known to me regarding this investigation.

4. I submit this affidavit in support of a criminal complaint charging Jessica BOWIE with one count of violating:

a. Title 18, United States Code, Section 2339B(a)(1) (Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organizations).

**RELEVANT LEGAL BACKGROUND**

5. Under 18 U.S.C. § 2339B, it is a crime to knowingly provide, or attempt to provide, material support or resources to a designated foreign terrorist organization. The term "terrorist

organization," as defined in 18 U.S.C. § 2339B(g)(6), means an organization that is designated as such under section 219 of the Immigration and Nationality Act (the "INA"). In accordance with the INA, the Secretary of State (the "Secretary") designates certain foreign organizations as Foreign Terrorist Organizations ("FTOs") based on their involvement in terrorist activity or terrorism as defined by statute.

6. The term "material support or resources" means any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who may be or include oneself), and transportation, except medicine or religious materials. 18 U.S.C. § 2339A(b)(1).

7. On October 15, 2004, the Secretary designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist ("SDGT") under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary amended the designation of AQI as an FTO under Section 219 of the INA and as an SDGT under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing, including: the Islamic State of Iraq and al-Sham (i.e., "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO and SDGT listings: Islamic State, ISIL, and ISIS. On March 22, 2019, the Secretary added the

following additional aliases to the FTO and SDGT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat. To date, ISIS remains a designated FTO.

## PROBABLE CAUSE

### BOWIE's Support for ISIS

8. Jessica BOWIE is a 35-year-old woman who lives in Albany, New York. Based on my knowledge of the investigation, BOWIE converted to Islam approximately 5 years ago and adopted the kunya "Aisha Saif." Based on my training and experience, I know that a "kunya" is an honorific name in Islamic tradition.

9. Based on my training, experience, and knowledge of the investigation, I know that BOWIE is a frequent social media user, and often creates public profiles on various platforms to espouse anti-American messages. For example, records from one such platform indicate that BOWIE created over a dozen social media profiles, most of which have usernames containing a portion of her kunya, such as "aishasaif**** or aishab****.[1] BOWIE appears to have created multiple accounts because her accounts were frequently suspended by providers for violating their terms of use. Many such accounts have subscriber information reflecting BOWIE's date of birth or cell phone number.

10. Between at least May 2026 and July 2026, several accounts tracing back to BOWIE sent messages relaying support for terrorism. For example, on May 28, 2026, BOWIE, using a well-known social media platform ("Platform 1") with the username nusaybahsaif, told another user, in Arabic, "Praise be to Allah for September 11th."[2] On May 8, 2026, using Platform 1

---

[1] The "*" associated with these usernames reflect characters and numbers known to investigators.

[2] Platform 1 provided translations of the Arabic messages along with the original Arabic content. Unless otherwise noted, quotations within this affidavit were made in English. Translations have been independently confirmed by members of the FBI.

username aishab9021, BOWIE told another user in Arabic, "When I can migrate, I will poison these infidels." Based on my training, experience, and knowledge of the investigation, I believe that when Bowie said "migrate," she was referring to "hijra," which is Arabic for "departure" or "migration," and was the journey of the Islamic prophet Muhammad and his followers from Mecca to Medina. I further know that when used by ISIS supporters, hijra describes the travel from one's home country to ISIS-held territories for the purpose of joining the group. Finally, I know that "infidels" is a term used by ISIS and ISIS supporters to refer to people who do not share the same fundamentalist Islamic ideology as ISIS.

11. In May 2026, BOWIE told multiple online users that she had completed "bayah," which, based on my training and experience, is a formal oath of allegiance in the Islamic tradition. For example, one such conversation, from May 28, 2026, included the following messages with Unknown User 1 ("UU1") originally written in Arabic:

> **UU1**: We pledge our allegiance to the Commander of the Faithful and the Caliph of the Muslims, the Mujahid Sheikh Abu Hafs al-Hashimi al-Qurashi, to listen and obey
>
> **BOWIE**: So, I'm just saying this?
>
> **UU1**: Until you join the State (Islamic State)
> [...]
>
> **BOWIE**: Saying this means joining the State (Islamic State)?
>
> **UU1**: Yes

Based on my training and experience, I know that the reference to the Commander of the Faithful and Caliph of the Muslims, the Mujahid Sheikh Abu Hafs al-Hashimi al-Qurashi, is a reference to the current leader of ISIS.

12. Immediately following the above messages, BOWIE sent UU1 an audio file containing, what, in my training and experience, contains a woman's voice repeating, in Arabic,

the pledge indicated above. During the course of this investigation, I have heard BOWIE's voice and believe it is her voice in the audio clip pledging bayah to ISIS.

13. On May 30, 2026, BOWIE, again on Platform 1, told another individual, Unknown User 2 ("UU2"), that she had pledged an oath to ISIS with another "mujahid," which I know from my training and experience to be an Arabic term that broadly refers to people who engage in jihad. BOWIE then sent UU2 another audio file containing her pledge to ISIS.

**BOWIE's Plan to Attack the New York State Capitol**

14. Beginning on or about July 16, 2026, and continuing through at least August 17, 2026, an FBI confidential human source ("CHS-1")[3] posing as an ISIS facilitator communicated with BOWIE through an encrypted messaging application ("Platform 2"). Over the course of the next two weeks, BOWIE discussed with CHS-1 her plans to attack the New York State Capitol building in Albany.

15. On July 16, 2026, on Platform 2, CHS-1 asked Bowie about her views on "true Islam, Jehad and other issues." BOWIE told CHS-1 in response that "jihad is a obligation until the day of judgment to establish god laws and enjoin good and forbid evil and fight until there is no fitnah." Based on my training and experience, I know that "jihad" (sometimes spelled "jehad") is Arabic for "striving or "struggling," and I understand that Islamic extremists, such as ISIS and its supporters, use the word "jihad" to refer to use of violence, including paramilitary action, against persons and/or governments deemed by the extremist group to be enemies of their fundamentalist version of Islam.

---

[3] CHS-1 is known to the FBI and has a history of providing credible and reliable information. CHS-1 is paid for assisting the Government with investigations and uses FBI-approved devices to capture and record content related to investigations. The information provided by CHS-1 cited here has been verified by the FBI to the extent possible. CHS-1 does not have a criminal history.

16. On July 16, 2026, BOWIE told CHS-1 on Platform 2 that she wanted help making explosives to carry out an attack, then promptly deleted those messages. The following conversation then ensued:

| | |
|---|---|
| **CHS-1**: | ok So you mentioned that you want to get my hep (sic) to teach you how to make explosives? |
| **BOWIE**: | Yes |
| **CHS-1**: | ok and the other thing you deleted was the location you want to target |
| **BOWIE**: | I would like to targey (sic) state capitol<br>Target my state capitol<br>But ideally in a way I could get away with and hop on a plane after<br>But idk if it's doable |

17. In that same conversation, BOWIE told CHS-1 that the New York State Capitol was "less then two miles" from her and that she wanted "to do something to benifit (sic) the ummah and harm the enemies of god." She confirmed to CHS-1 that she is an "Islamic State supporter" and that she "took bayah with a handful of people." BOWIE then indicated that she was a member of several groups on another messaging platform where she had posted her bayah. Based on my training and experience, I know that the "ummah" is Arabic for community and nation, and that ISIS narrows the term community down to refer to its own active members and loyal supporters.

18. During the course of their conversations, BOWIE sent CHS-1 screenshots of messages with other users. For example, on July 16, 2026, BOWIE sent CHS-1 a message in which she told another user on an unknown messaging application that she had been put in contact with someone (CHS-1) "to help me plab (sic) a major attack."

19. On July 17, 2026, when asked how she supported the Islamic State, BOWIE told CHS-1 the following:

> So far in heart, spreading of information online, helping and encouraging others to take bayah[,] sending authentic information to Muslims in my community to try to guide them to pure tawheed, speak about jihad as openly as I can without getting arrested . . .
>
> Encourage secular Muslims online to join the Islamic state and send them.authentic material

Based on my training and experience, I know "pure tawheed" in the context of ISIS refers to their extreme and literal definition of absolute monotheism. BOWIE also confirmed to CHS-1 that she used social media to spread such information but typically needs to go to the library to create new accounts because the service providers have identified and blocked her previous accounts.

20. To prove her support to ISIS, on July 17, 2026, BOWIE once again pledged bayah to the leader of ISIS, this time in English, and sent an audio recording of her doing so to CHS-1, in which she stated:

> I pledge my allegiance to the caliph of the Muslims, the Mujahid Sheikh Abu Hafs al Hashimi al Qurayshi to listen to and obey in times of ease and hardship, in times of difficulty and in times of prosperity, and even when others are given preference over me, and not to dispute the authority of those in power unless I witness manifest disbelief for which I possess clear proof from Allah and Allah is witness to what I say.

21. On July 18, 2026, BOWIE told CHS-1 on Platform 2 that she had begun to think about "Jehad" "more seriously [in] the past 4-6 months," and then began sending CHS-1 images of the New York State Capitol. BOWIE told CHS-1 she had taken the photos "from the observation

hall near by," and that she had circled the building that she wanted to target *(i.e.*, the Capitol) in yellow, as seen below:



22. The following conversation between Bowie and CHS-1 occurred the same day on Platform 2:

**CHS-1:** Explain to me so this picture is the place you want to taget (sic)

**BOWIE:** Yes in the yellow

**CHS-1:** ok

**BOWIE:** Perhaps onna day when we know senators will be meeting

23. Between approximately July 21, 2026 and August 9, 2026, BOWIE walked around the New York State Capitol on approximately five separate occasions. Based on my training and experience, I know that people who plan terrorist attacks often do reconnaissance before carrying

out the attack, and I believe that is what BOWIE was doing during each of her visits. On each visit, BOWIE was seen by physical surveillance teams and on New York State Capitol security cameras taking pictures of the Capitol building and the surrounding area. Below is an example of BOWIE doing reconnaissance on July 21, 2026:



24. On July 21, 2026 on Platform 2, BOWIE sent dozens of images of the New York State Capitol building to CHS-1. She told CHS-1 that she would "make it a point to have picnics by the capital to observe and [have] coffee in the observation hall," so that she could learn about the building's security.

25. On July 22, 2026, BOWIE told CHS-1 on Platform 2 that she had "picked up some anarchist literature at the social justice center" the day before, which, in her view, "could have some good tips in Sha Allah tala." Based on my training and experience, I know that "in Sha Allah tala" is "if Allah, the most high, wills it", and I believe BOWIE's reference to "good tips" was a reference to her planned attack.

26. On July 29, 2026, on Platform 2, Bowie further explained to CHS-1 her desire to attack the Capitol:

**CHS-1:** Sister , (sic) lets take it step by step, you mentioned demolishing , what kind of destruction you want to inflect on Kufar?

**BOWIE:** I want to destroy as much of the building as possible
and kill the senators while they are meeting
I want them to lose alot of important documents as well

**CHS-1:** ok

**BOWIE:** I want it to have a affect on the American system
And destroy some of the taghut

Based on my training and experience, I know "Kufar" means disbelievers and "Taghut" means anything worshipped, followed, or obeyed instead of Allah, and thus that BOWIE intended to kill Americans, specifically New York State Senators.

27. That same day, Bowie told CHS-1 that she would put the "bomb onna bag that looks like food delivery so when I place it I look like a food delivery person," and that she would like to escape to Syria after detonating the bomb. When CHS-1 explained that making hijrah requires being "a soldier for the islamic state" and asked if BOWIE was ready for that, she replied, "[b]lowing kafirs brains out is beautiful."

28. Between July 28 and August 5, 2026, BOWIE continued to discuss her desire to attack the Capitol and to conduct surveillance of the Capitol building and surrounding area. For instance, on July 31, 2026, BOWIE told CHS-1 that the "Main entrance from Washington Ave and hawk street" was likely the place where she would attempt to place the bomb. On August 2, 2026, BOWIE told CHS-1, "I went by the Washington ave side briefly today and took a few photos." She then sent CHS-1 more than a dozen photographs of the Capitol building.

**The August 5th and 6th In-Person Meetings with CHS-2 and CHS-3**

29. On July 31, 2026, CHS-1 asked BOWIE if she was "open to have a trusted brother from Dawlah helping you in this?" Based on my training, experience, and knowledge of the investigation, I know the term "Dawlah" is a commonly known alias of ISIS (*see* ¶ 7 above). BOWIE responded that she was open to such a meeting, and CHS-1 then set an initial meeting for BOWIE and the purported "brother from Dawlah" to take place on August 5, 2026.

30. On August 5, 2026, BOWIE met in Albany with CHS-2 and CHS-3 inside a car driven by CHS-2.[4] BOWIE was told by CHS-1 that CHS-2 is the "brother from Dawlah" referenced by CHS-1, and that CHS-3 was CHS-2's partner. The meeting was both video and audio recorded. During the meeting, BOWIE reaffirmed her desire to bomb the New York State Capitol, and told CHS-2 that she would

> ideally do it on a day when the most amount of senators are there, maybe we time it where there we know there's a meeting with the senators, try and get a good enough explosive in there to kill the senators and ideally to destroy as much of the building as possible really because this is, this is the capital . . . a major political hub for the state.

BOWIE told CHS-2 that she wanted "to be able to get away and migrate," and that she had obtained a passport, but that she did not "have the money for hijra yet."

31. If she was successful in escaping from her planned attack at the Capitol, BOWIE told CHS-2 that she "can come back in the future and do more," such as "New Years Eve in Times

---

[4] CHS-2 is known to the FBI and has a history of providing credible and reliable information. CHS-2 is paid for assisting the Government with investigations and uses FBI-approved devices to capture and record content related to investigations. The information provided by CHS-2 cited herein has been verified by the FBI to the extent possible. CHS-2 does not have a criminal history.

CHS-3 is known to the FBI and has a history of providing credible and reliable information. CHS-3 is paid for assisting the Government with investigations and uses FBI-approved devices to capture and record content related to investigations. The information provided by CHS-3 cited herein has been verified by the FBI to the extent possible. CHS-3 does not have a criminal history.

Square," and "all kinds of good stuff that could be done in the future." At another point during the meeting, after CHS-2 asked why BOWIE was targeting the Capitol, BOWIE said:

> Ideally, it would be the White House with the President but like that's an even harder job that's even harder. . . . Maybe in the future we go back for that but I figured this is the biggest thing I can do I can get to it easy you know like . . . So that's kind of where my mind is at its like the biggest political building that I know of around this area

32. BOWIE's intent to kill as many people as possible in the name of ISIS was made clear during her meeting with CHS-2, as set forth below:

**BOWIE:** I don't really know what it looks like inside yet or maybe some secretaries like that's not that's not enough, you know? Especially for the risk

**CHS-2:** So

**BOWIE:** But we definitely want to make sure the senators get killed for sure

**CHS-2:** For sure

**BOWIE:** That's, that's the most important part. Destroying the building too? That's, that's ideal but getting to the senators

**CHS-2:** So you're going to need something . . .

**BOWIE:** Substantial

[…]

**BOWIE:** Yeah. I want something that's gonna do the job I don't want to take this kind of risk and then have it kill what, two or three people what good is that?

**CHS-2:** Yea

**BOWIE:** Like you look at this brother in what is it Germany, he did a great thing but only one person died when he rammed into the crowd of the people of Lut, you know?

Based on my training and experience, I believe BOWIE was referencing the July 25, 2026, attack in Tiergarten, Germany. In that attack, an individual who had pledged allegiance to ISIS rammed into a crowd of people during a parade, killing one and injuring nearly 30 others.[5]

33. CHS-2 asked BOWIE if she was worried about getting caught or killed. BOWIE stated that she understood the risks and that she "[d]efinitely would rather die than go to the prison." BOWIE also explained that while she wanted to travel overseas to conduct jihad on the battlefield, there was no guarantee she would be successful in that effort, "[s]o it's like, if I have the opportunity and like it's in my heart like why not take it you know Allah has purchased from us our wealth and our lives."

34. CHS-2 also asked BOWIE if she would have any problem if other people, including Muslims, died as a result of the attack. Bowie responded:

> I'd say, it definitely bothers me and I know I'm going to hear about the things after what's going to bother me especially if its, if there's a Muslim, if there's children, pregnant women . . . This is gonna bother me, I do take that into considerations that's another things that's been kinda [winces] for me like . . . I think, I think it will weigh heavily on me if I survive and make hijra after. But I feel like, it's one of those things that these, this is destroying like huge enemies of God these are some of the biggest American politicians . . . And hopefully, you know, Allah if there is like blood, forbidden blood that gets spilled hopefully Allah will forgive me and accept, you know

35. CHS-2 then told BOWIE there were several items that would be needed to make such a device, and that she would need to procure them. BOWIE was told that building the explosive device would require nails, electrical tape, a 9-volt battery, and acetone.

---

[5] I also know based on my training and experience that, in Islam, the people of Lut lived in the cities of Sodom and Gomorrah. They are described in the Quran as a corrupt society that rejected the Prophet Lut's call to monotheism, engaged in highway robbery, and practiced homosexuality openly. God destroyed their cities because they refused to repent.

36. While in the vehicle, BOWIE then directed CHS-2 and CHS-3 from their meeting location to the New York State Capitol. She explained the construction work that is ongoing at the Capitol, pointed out Albany's City Hall, and indicated that she thought the Capitol was a "better" target than City Hall because "these are the enemies of God these are people who are writing laws and taking the legislation in their own hands, it's totally against the . . . you know, commandments of Allah ta'ala, you know?"

37. BOWIE and CHS-2 then discussed how she would procure the items needed for the bomb. BOWIE used her cell phone to locate the nearest hardware store and directed CHS-2 and CHS-3 to a Home Depot store in Rensselaer, New York. CHS-2 provided BOWIE with $200 of pre-recorded funds in order for BOWIE to purchase the items, and BOWIE entered the store just after approximately 2:39 p.m. on August 5, 2026.

38. BOWIE spent approximately twenty-eight minutes in the Home Depot, collecting the various items needed to build an explosive device. She ultimately purchased the items with the pre-recorded funds, as seen below, including a large plastic bin full of nails:



39. When BOWIE returned to the vehicle and provided the items to CHS-2 and CHS-3, she said "I hope the nails are big enough . . . because the nails work as shrapnel, right?"

40. During the August 5, 2026 meeting, BOWIE told CHS-2 that she had a "DoorDash bag" that delivery drivers use that could be used to hold the explosive device once complete. On

the following day, August 6, 2026, BOWIE again met with CHS-2 and CHS-3 and delivered the DoorDash bag(s) to them (*see* photo below).



41. On August 8, 2026, after the in-person meetings with CHS-2 and CHS-3, BOWIE and CHS-1 continued their discussions on Platform 2. CHS-1 told BOWIE that CHS-1 had informed his/her ISIS superior about her attack plans. BOWIE responded:

**BOWIE:** With abu hafs?
Yea I think it's a good location small enough with fairly low seeming security but big enough to be impactful and make America understand it's not invincible
I want to call it operation give taghut the boot

After CHS-1 clarified that he/she was reporting to an intermediate supervisor in charge of operations in America rather than the overall ISIS emir, Bowie stated:

**BOWIE:** Okay I understand may Allah protect them all

**CHS-1:** Mashallah good name sister
Sister

**BOWIE:** Thank you I think it's fitting and they kuffar need to know that we will be coming for them and that we will make god's law supreme and that they have no helper's against the will of Allah swt

Based on my training, experience, and knowledge of the investigation, BOWIE indicates her awareness that CHS-1 was an active ISIS member and that ISIS commanders were being briefed on her plot to plant a bomb at the New York State Capitol.

**The August 19th In-Person Meeting with CHS-2 and CHS-3 and BOWIE's Arrest**

42. On August 13, 2026, on Platform 2, BOWIE asked CHS-1: "[D]o you know anyone who can meet me to sell me a hand gun and bullets something powerful but easy enough to conceal so if the cops do get towards me during the operation I can shoot back and if so how much will it cost." BOWIE and CHS-1 proceeded to discuss the logistics of acquiring a firearm and the type of gun Bowie wanted, which she described as "something that could be hidden on my thigh or hips under clothes while I prefer rifles I think a handgun is the only logical right now preferably strong enough to cause death and shoot at least some kind of distance but also without being overly expensive."

43. On August 19, 2026, BOWIE met with CHS-2 and CHS-3 in a car driven by CHS-2. During the meeting, which was audio and video recorded, BOWIE provided $150 to CHS-2 to purchase one firearm,[6] one magazine, and ammunition. CHS-2 showed BOWIE how to load the firearm.

44. CHS-2 then showed BOWIE an inert explosive device that was purportedly built using the components BOWIE purchased at Home Depot on August 5, 2026. CHS-2 explained to BOWIE how to operate the explosive device and further detailed how to detonate the device when

[6] The firearm BOWIE purchased was inert.

she was ready to carry out the attack. When CHS-2 offered BOWIE a chance to make a donation to the purported bombmaker to fund the construction of additional devices for future operations, BOWIE gave CHS-2 $200. After providing those funds, BOWIE stated she wished she could fund a big operation.

45. During the meeting, BOWIE told CHS-2 that she learned the Capitol Building contained as many as 200 people and hoped she could take out at least half of that. BOWIE also told CHS-2 that she went from a little girl waving an American flag after 9/11 to now having stickers of the falling towers. Additionally, when CHS-2 cautioned BOWIE on hiding the device, BOWIE stated that if her roommate found the device, then BOWIE would have to kill the roommate quietly, emphasizing not with a gun, but BOWIE would have to cut her. BOWIE also told CHS-2 that she would rather die than go to prison.

46. When BOWIE exited CHS-2's vehicle, she was in possession of the firearm, magazine, and ammunition, which she carried in a bag she brought to the meeting, as well as the inert explosive device, which she carried in a second bag provided by CHS-2. After exiting the vehicle, BOWIE was subsequently arrested by the FBI. Following her arrest, FBI found knives and a handwritten bayah on her person.

47. BOWIE was then taken to the FBI Albany Field Office wherein she was advised of her *Miranda* rights, acknowledged her rights, and waived her rights and agreed to an interview with FBI agents. During the interview, BOWIE stated, "There's no helping me, you guys know enough, there's no helping me, I'm . . . going to prison for the rest of my life." BOWIE further stated, "Material support is up to 20 years in prison, I already Googled it before, I know I'm going to jail."

## CONCLUSION

48. Based on the foregoing, your affiant submits that there is probable cause to conclude:

a. Between about July 16, 2026 and continuing through about August 19, 2026, in Albany County, in the Northern District of New York, and elsewhere, the defendant, JESSICA BOWIE, did knowingly attempt to provide material support to a designated foreign terrorist organization, ISIS, in violation of Title 18, United States Code, Section 2339B(a)(1).

Attested to by the affiant,

Joshua Parker
FBI Special Agent

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone and/or TEAMS on August 20, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure:

Hon. Daniel J. Stewart
United States Magistrate Judge