UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v. Case No. 1:26-mj-189-DJS-1

JESSICA BOWIE,

Defendant.

---

DANIEL J. STEWART
U.S. MAGISTRATE JUDGE

**ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

Because the above-named person has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel; and (2) does not wish to waive counsel, and because the interests of justice so require;

It is hereby **ORDERED** that:

The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named Defendant.

Dated: August 20, 2026

Daniel J. Stewart
U.S. Magistrate Judge