UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v. Case No. 1:26-mj-189-DJS-1

JESSICA BOWIE,

Defendant.

---

**ORDER APPROVING WAIVER OF DETENTION HEARING**

A Criminal Complaint, sworn to before Magistrate Judge Daniel J. Stewart on August 20, 2026 charges Defendant with Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organizations in violation of 18 U.S.C. 2339B.

The Defendant appeared before the undersigned for an Initial Appearance on August 20, 2026. During the proceeding, the Government moved for detention. Defendant, through his counsel, waived his right to a Detention Hearing and consented to detention, reserving his right to reapply to the Court for reconsideration at a later date.

Based on the foregoing, it is hereby ORDERED that pursuant to Fed. R. Crim. P. 32.1(a)(1) and 46(c), and pursuant to 18 U.S.C. §§ 3142 and 3143, the Defendant shall be held without bail.

**IT IS SO ORDERED.**

DATED: August 20, 2026
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge