UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. Case No. 1:26-mj-189-DJS-1

JESSICA BOWIE,

Defendant.

## ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant was arrested by authorities on August 19, 2026 and made an initial appearance on August 20, 2026 before the Honorable Daniel J. Stewart, U.S. Magistrate Judge.

Through counsel, Defendant voluntarily waived his right to a preliminary examination. In announcing that waiver, Defendant's counsel advised that they had explained the nature of the preliminary examination to the Defendant, including the consequences of any waiver of the right to such a preliminary examination, and that the Defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof. Defendant reserved his right to request such hearing at a later time, if necessary.

Based upon the foregoing, including Defendant's voluntary representations, it is hereby **ORDERED**, that Defendant's waiver of his right to a preliminary hearing without prejudice, which I find to have been knowing, intelligent, and voluntary, is accepted;

**SO ORDERED.**

DATED: August 20, 2026
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge