UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

Case No. 26MJ189

JESSICA BOWIE,

Defendant.

---

NOTICE OF APPEARANCE

I, the undersigned, hereby appear as Attorney of Record on behalf of the Defendant in the above-entitled case.

~ ~ ~ ~ ~

☑ I will appear as lead counsel for the defendant

☐ I will appear as co-counsel for the defendant, in addition to ____________________

☐ Please accept my appearance as substitute counsel for the defendant, in place of ______________________________, who previously appeared on behalf of the defendant in this case.

~ ~ ~ ~ ~

I certify that I have either completed six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will do so within 30 days from filing this notice of appearance. Federal criminal defense educational opportunities are available by contacting the Northern District of New York Federal Public Defender's Office.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

Valerie Gotlib
Name (Printed)

Valerie Gotlib Digitally signed by Valerie Gotlib Date: 2026.08.21 09:11:11 -04'00'
(Signature)

8/21/26
(Date)